FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>MYLES JOSEPH FARRELL,<br>    Defendant. | No. 4:21-CR-06020-SAB-1<br><br>**ORDER DISMISSING INDICTMENT; CLOSING FILE** |

    Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 42. The motion was heard without oral argument. The United States is represented by Michael Murphy.

    The United States asks the Court to dismiss the Indictment filed in the above-captioned case with prejudice due to Defendant's death.

//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment, ECF No. 42, is **GRANTED**.

2. The Indictment in the above-captioned case is **DISMISSED** with prejudice.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **close** the file.

**DATED** this 3rd day of October 2022.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT; CLOSING FILE** ~ 2